ACCEPTED
06-15-00094-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 5:02:26 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00094-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 5:02:26 PM
DEBBIE AUTREY
Clerk

**BLAIRE REID,**

*Appellant,*

v.

**SSB HOLDINGS, INC. d/b/a PROTEC LABORATORY,**

*Appellee.*

On Appeal from Cause No. 2015-254
In the 402nd Judicial District Court of Wood County, Texas
Honorable G. Timothy Boswell, Presiding Judge

## APPELLEE'S DESIGNATION OF LEAD APPELLATE COUNSEL

**TO THE HONORABLE TEXARKANA COURT OF APPEALS:**

Appellee SSB Holdings, Inc. d/b/a Protec Laboratory ("Appellee") files this

Designation of Lead Appellate Counsel as follows:

**APPELLEE'S DESIGNATION OF LEAD APPELLATE COUNSEL** Page 1

2313785v1
10158.021

# I.

Appellee was represented by the following lawyers and law firm in the trial court:

> Barry Moscowitz
> State Bar No. 24004830
> Jason Weber
> State Bar No. 24075251
> THOMPSON, COE, COUSINS & IRONS, L.L.P.
> Plaza of the Americas
> 700 North Pearl Street
> Twenty-Fifth Floor
> Dallas, Texas 75201
> Telephone: (214) 871-8200
> Facsimile: (214) 871-8209

# II.

Appellee hereby designates the following attorney within the same law firm as lead appellate counsel as follows:

> Michael A. Yanof
> State Bar No. 24003215
> THOMPSON, COE, COUSINS & IRONS, L.L.P.
> Plaza of the Americas
> 700 North Pearl Street
> Twenty-Fifth Floor
> Dallas, Texas 75201-2032
> Telephone: (214) 871-8200
> Facsimile: (214) 871-8209
> Email: myanof@thompsoncoe.com

Appellee therefore requests that Michael A. Yanof, as set forth above, be designated as lead appellate counsel in this case.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

/s/ Michael A. Yanof_____
Michael A. Yanof
State Bar No. 24003215
Cassie J. Dallas
State Bar No. 24074105
Plaza of the Americas
700 North Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201-2032
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: myanof@thompsoncoe.com
E-mail: cdallas@thompsoncoe.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, a true and correct copy of the above and foregoing document was served upon the following counsel via e-service:

Walker M. Duke
DUKE SETH, PLLC
325 North St. Paul Street, Suite 2220
Dallas, Texas 75201
T: (214) 965-8100
F: (214) 965-8101
E: wduke@dukeseth.com

/s/ Michael A. Yanof_____
Michael A. Yanof

2313785v1
10158.021